# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/21/2022 |
| Case: 22–30365 | Form ID: FSSM | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
tr    Timothy W. Hoffman    twh1761@yahoo.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    The Tehama Law Group, P.C.    P.O. Box 434    Ross, CA 94957
aty    Kes Narbutas    7 Walters Road    Ross, CA 94957

    TOTAL: 2