# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/21/2022 |
| Case: 22–30365 | Form ID: 309C | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Cypress Asset Recovery Services, LLC |
| intp | Jeff Fernandez |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | The Tehama Law Group, P.C.   P.O. Box 434   Ross, CA 94957 |
| ust | Office of the U.S. Trustee / SF   Phillip J. Burton Federal Building   450 Golden Gate Ave. 5th Fl., #05–0153   San Francisco, CA 94102 |
| tr | Timothy W. Hoffman   P.O. Box 1761   Sebastopol, CA 95473 |
| aty | Kes Narbutas   7 Walters Road   Ross, CA 94957 |
| smg | Chief Tax Collection Section   Employment Development Section   P.O. Box 826203   Sacramento, CA 94230 |
| smg | CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board   Special Procedures Bankruptcy Unit   P.O. Box 2952   Sacramento, CA 95812–2952 |
| 15424010 | Ellis Law Group, LLP   1425 River Park Drive, Suite 400   Sacramento, CA 95825 |
| 15424011 | Maria Consuelo Griego   c/o Consumer Law Center   38 West Santa Clara St.   San Jose, CA 95113–1806 |
| 15424009 | Simmonds & Narita, LLP   44 Montgomery, Suite 3010   San Francisco, CA 94104–4816 |

TOTAL: 10