United States Bankruptcy Court
Northern District of California

In re:  Case No. 22-30365-DM
The Tehama Law Group, P.C.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3  User: admin  Page 1 of 2
Date Rcvd: Jul 21, 2022  Form ID: 309C  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol   Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Tehama Law Group, P.C., P.O. Box 434, Ross, CA 94957-0434 |
| aty | + | Kes Narbutas, 7 Walters Road, Ross, CA 94957-9690 |
| 15424010 | + | Ellis Law Group, LLP, 1425 River Park Drive, Suite 400, Sacramento, CA 95815-4524 |
| 15424011 | | Maria Consuelo Griego, c/o Consumer Law Center, 38 West Santa Clara St., San Jose, CA 95113-1806 |
| 15424009 | | Simmonds & Narita, LLP, 44 Montgomery, Suite 3010, San Francisco, CA 94104-4816 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BTWHOFFMAN.COM | Jul 22 2022 04:03:00 | Timothy W. Hoffman, P.O. Box 1761, Sebastopol, CA 95473-1761 |
| smg | | EDI: EDD.COM | Jul 22 2022 04:03:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 22 2022 04:03:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Jul 22 2022 04:03:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jul 22 2022 00:06:00 | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cypress Asset Recovery Services, LLC |
| intp | | Jeff Fernandez |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Timothy W. Hoffman | twh1761@yahoo.com  ca73@ecfcbis.com |

TOTAL: 2

Information to identify the case:

| | | |
|---|---|---|
| Debtor | **The Tehama Law Group, P.C.** <br> Name | EIN: 45–4998415 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: 7   7/21/22 |
| Case number: | 22–30365 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov ).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | The Tehama Law Group, P.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 434 <br> Ross, CA 94957 | |
| 4. | **Debtor's attorney** <br> Name and address | Kes Narbutas <br> 7 Walters Road <br> Ross, CA 94957 | Contact phone (415) 722–2600 |
| 5. | **Bankruptcy trustee** <br> Name and address | Timothy W. Hoffman <br> P.O. Box 1761 <br> Sebastopol, CA 95473 | Contact phone (707) 874–2066 <br> Email: twh1761@yahoo.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case online at https://pacer.uscourts.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue, 18th Fl. <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone (888) 821–7606 <br><br> Date: 7/21/22 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | August 18, 2022 at 09:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference** <br><br> Trustee: Timothy W. Hoffman <br> Call in number/URL: <br> 1–877–939–1868 <br> Passcode: 8820332 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5. | | |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1